IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH S. MARTIN,<br><br>Defendant. | **8:22-CR-151**<br><br>**ORDER ON DEFENDANT'S REQUEST FOR A COPY OF HIS CRIMINAL DOCKET SHEET** |

On July 24, 2026, the Court received a handwritten request from the defendant Joseph S. Martin seeking "a copy of the Criminal Docket Sheet" in his case (*i.e.*, Case No. 8:22–CR–151). Filing 53 at 1. In his written submission, Martin states, "I please ask that you waive any fee associated with this request due to my indigence and inability to pay." Filing 53 at 1.[1]

Under federal law, and subject to certain exceptions, "any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Martin's handwritten request does not state the nature of the action for which he seeks these documents with their associated fees and costs waived. The Court further notes that he does not presently have any motions for relief or other matters pending before the Court at this time. Finally, even if Martin were entitled to proceed *in forma pauperis* in a future action that he properly

[1]Martin pleaded guilty to Count I of the Indictment. Filing 34 (text minute entry); Filing 42. Count I charged him with distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2). Filing 14. Martin was sentenced to serve 240 months of incarceration. Filing 49 (Judgment).

identifies, "[t]he statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment." *Cox v. Bd. of Parole*, No. 8:23CV202, 2023 WL 4596017, at *1 (D. Neb. July 18, 2023) (citing 28 U.S.C. § 1915). Accordingly, the Court will deny his Motion.

IT IS ORDERED: Martin's request for a copy of the criminal docket sheet as well as his request to obtain the docket sheet with the fees and costs waived are denied.

Dated this 29th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge